UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUCAS SILVA RODRIGUES
    Plaintiff(s),

v.

PATRICIA HYDE, TODD LYONS, DEPARTMENT OF HOMELAND SECURTIY, PAMELA BONDI, and KRISTI NOEM
    Defendant(s).

Civil Action No. 25-13167-JEK

## JUDGMENT

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated November 3, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Lucas Silva Rodrigues.

Dated: November 25, 2025

/s/ Haley Currie
Deputy Clerk